**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLES MCKINNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  09CV2988 |
| | ) | |
| WINDHAM PROFESSIONALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

---

**NOTICE OF SETTLEMENT
(Unlawful Debt Collection Practices)**

---

**<u>NOTICE OF SETTLEMENT</u>**

NOW COMES the Plaintiff, CHARLES MCKINNEY, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

Respectfully Submitted,

DATED:  July 27, 2009                          KROHN & MOSS, LTD.


By:___/s/Adam T. Hill_____
                    Adam T. Hill
                    KROHN & MOSS, LTD.
                    Attorney for Plaintiff
                    120 W. Madison St., 10th Fl.
                    Chicago, Illinois 60602
                    (312) 578-9428

NOTICE OF SETTLEMENT