UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES MCKINNEY, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 09-cv-2988 |
| WINDHAM PROFESSIONALS, INC., | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**
**(Unlawful Debt Collection Practices)**

### NOTICE OF VOLUNTARY DISMISSAL

CHARLES MCKINNEY (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, WINDHAM PROFESSIONALS, INC. (Defendant), in this case.

DATED: September 1, 2009             KROHN & MOSS, LTD.

                              By:     /s/ Adam T. Hill_____
                                      Adam T. Hill
                                      KROHN & MOSS, LTD.
                                      Attorney for Plaintiff
                                      120 W. Madison St., 10th Fl.
                                      Chicago, Illinois 60602
                                      (312) 578-9428